*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

No. 22-BG-731

IN RE ERICK RENARD TYRONE

**DDN: 2021-D177**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 1031979**

BEFORE: McLeese and Howard, Associate Judges, and Ferren, Senior Judge.

### O R D E R
(FILED— December 1, 2022)

On consideration of the certified order from the state of Maryland indefinitely suspending respondent from the practice of law by consent with the right to seek reinstatement after six months; this court's September 30, 2022, order suspending respondent pending final disposition of this proceeding and directing him to show cause why reciprocal discipline should not be imposed; and the statement of Disciplinary Counsel; and it appearing that respondent has not filed a response or his D.C. Bar R. XI, §14(g) affidavit, it is

ORDERED that Erick Renard Tyrone is hereby indefinitely suspended from the practice of law in the District of Columbia for six months with his reinstatement conditioned on a showing of fitness. *See In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010) (explaining that there is a rebuttable presumption in favor of imposition of identical discipline and exceptions to this presumption should be rare); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (explaining that a rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate). It is

No. 22-BG-731

FURTHER ORDERED that, for purposes of reinstatement, respondent's suspension will not begin to run until such time as he files an affidavit that fully complies with the requirements of D.C. Bar R. XI, § 14(g).

**PER CURIAM**